# **EXHIBIT A**

| | |
|---|---|
| **LA PLATA COUNTY DISTRICT COURT, STATE OF COLORADO**<br>Court Address: 1060 E. 2nd Avenue, Room 106, Durango, Colorado 81301 | DATE FILED: June 1, 2017 10:59 AM<br>FILING ID: B7E9869914BF4<br>CASE NUMBER: 2017CV30105 |
| **PLAINTIFF:** LOWELL HEIZER, ERIKA HEIZER, SCHNEIDER NATIONAL CARRIERS, INC., a Nevada corporation and, and GREAT WEST CASUALTY COMPANY, a Nebraska corporation<br><br>v.<br><br>**DEFENDANTS:** KENNON DECKER; and PAM DECKER | |
| Paul E. Collins, Reg. No. 15866<br>Lauren M. Getsie, Reg. No. 35457<br>TREECE ALFREY MUSAT P.C.<br>633 17th Street, Suite 2200<br>Denver, CO 80202<br>Telephone: (303) 292-2700<br>Telecopier: (303) 295-0414<br>Email: pcollins@tamlegal.com; Lgetsie@tamlegal.com<br>*Attorneys for Plaintiff Schneider National Carriers, Inc.*<br><br>Michelle Prud'Homme, Reg. No. 13423<br>DICKINSON PRUD'HOMME HOLWAY HOFFMAN LLP<br>730 17th Street, Suite 730<br>Denver, CO 80202-3504<br>Telephone: 303-571-4428<br>mprudhomme@dphhlaw.com<br>*Attorneys for Plaintiff Great West Casualty Company*<br><br>Michael E. McLachlan, Reg. No. 4182<br>LAW OFFICES OF MICHAEL E. MCLACHLAN, PC<br>813 Main Avenue, Suite 308<br>Durango, CO 81301<br>Telephone: 970-259-8236<br>mike@dgoattys.com<br>*Attorney for Plaintiffs Lowell Heizer and Erika Heizer* | |

**COMPLAINT AND JURY DEMAND**

Plaintiff, Schneider National Carriers, Inc. (hereinafter "Schneider"), through counsel, Treece Alfrey Musat P.C., and Plaintiff, Great West Casualty Company, ("hereinafter "Great West"), through its attorneys Dickinson Prud'Homme Holway Hoffman, LLP, and Lowell Heizer and his wife, Erika Heizer, through counsel, the Law Offices of Michael McLachlan, hereby file their Complaint against Defendants Kennon Decker and Pam Decker for damages, and states as follows:

**PARTIES AND VENUE**

1.      At all times relevant to this lawsuit Plaintiffs, Lowell Heizer and Erika Heizer were (and remain) citizens of and are domiciled in Salt Flat, Texas, County of Hudspeth, in the United States of America.

2.      At all times relevant to this suit, Plaintiff Schneider was a Nevada corporation authorized to do business in the State of Colorado. Plaintiff Schneider's principal place of business is located at 3101 S. Packerland Drive, Green Bay, WI 54313.

3.      At all times relevant to this suit, Plaintiff Great West was a Nebraska corporation authorized to do business in the State of Colorado. Plaintiff Great West's principal place of business is located at 1100 W. 29th Street, South Sioux City, NE 68776.

4.      At all times relevant to this lawsuit, including on December 2, 2014, Defendants, Kennon Decker and Pamela Decker (hereinafter "Defendants") were (and remain) citizens of and are domiciled in Aztec, New Mexico, County of San Juan, in the United States of America.

5. Defendants own, lease or otherwise control property located at 1072 Highway 550, Durango, CO 81303 in La Plata County, CO (hereinafter "Property").

6. On or about December 2, 2014, Defendants owned cattle that was kept on the Property.

7. The incident giving rise to this Complaint occurred on or near Highway 550 at Mile point 1.27 in La Plata County, CO.

8. Defendants committed tortious conduct in La Plata County, State of Colorado.

9. Venue is proper in La Plata County District Court pursuant to C.R.C.P. 98 (c)(1).

**GENERAL ALLEGATIONS**

10. On or about December 2, 2014 at 10:03 PM, Schneider's vehicle, driven by Loren Gideons, was heading west on Highway 550 in La Plata County, CO. A trailer containing goods being transported on behalf of Dollar General Corporation was attached to the vehicle.

11. At MP 1, a cow entered the roadway and the vehicle collided with the cow.

12. The vehicle rotated counter clockwise and continued rotating and collided with the guardrail on the side of the highway. The vehicle came to a final rest at the bottom of the arroyo. The trailer attached to the vehicle jack knifed and rolled, coming to rest on its right side across both lanes of traffic. Thereafter a vehicle insured by Great West and driven by Lowell Heizer collided with the trailer.

13. The cow was owned by Defendants at the time of the collision.

14. The cow was kept on the Property at the time of the collision.

15. Upon information and belief Defendants' fence was not properly maintained at or near 1072 Highway 550, Durango, CO 81303.

16. Upon information and belief, Defendants' cow either escaped from the Property at or near the location where the fence was not properly maintained or while otherwise under the control of Defendants.

17. Schneider's vehicle was in good working condition at the time of the collision and its driver was not at fault and acted as a reasonably careful person would under the same or similar circumstances. The vehicle insured by Great West was in good working condition at the time of the collision and its driver, Lowell Heizer, was not at fault and acted as a reasonably careful person would under the same or similar circumstances.

18. Plaintiffs and their drivers were not negligent in the above-referenced collision.

19. Plaintiffs have not failed to mitigate their damages.

## FIRST CLAIM FOR RELIEF

### NEGLIGENCE

20. The allegations contained in paragraph 1 through 19 above are incorporated herein by reference as if fully set forth herein.

21. Defendants owed Plaintiffs a duty to control their cattle and not permit them to run at large, including to maintain their fence(s) and prevent their cattle from escaping onto the highway.

22. Defendants were negligent and negligent per se in the maintenance of their cattle and/or their failure to maintain their fence(s) and prevent their cattle from escaping onto the highway.

23. Defendants' negligence caused the collision that occurred between Schneider's vehicle and Defendant's cow, and the subsequent collision by the vehicle insured by Great West.

24. As a direct, proximate and foreseeable result of the negligence of Defendants, Heizer suffered personal injuries and resulting losses. As a direct, proximate and foreseeable result of the negligence of Defendants, Schneider suffered damage to and the loss of use of its vehicle, damage to and loss of use of the product inside the trailer at the time of the collision and to the trailer, lost profits and costs associated with towing the vehicle and trailer from the scene of the collision. As a direct, proximate and foreseeable result of the negligence of Defendants, Great West has paid for damages and is subrogated to the right of its insureds to the extent of payments made for property damage.

**SECOND CLAIM FOR RELIEF**

**VIOLATION OF THE PREMISES LIABILITY ACT, C.R.S. § 13-21-115**

25.     The allegations contained in paragraph 1 through 24 above are incorporated herein by reference as if fully set forth herein.

26.     At the time of the collision between the Defendants' cow and Schneider's vehicle, the Defendants owned and controlled the activities on the Property and the maintenance of the fence(s) on the Property.

27.     The fence(s) was not properly maintained in order to ensure the proper containment of Defendants' cattle on the Property which created an unreasonable risk of injury and damages to the property of persons or corporations like Plaintiffs.

28.     The improper maintenance of the fence(s) on the Property the Defendants knew or reasonably should have known of, in sufficient time to have corrected it or adequately warn persons of the dangerous condition of the fence(s).

29.     The Defendants were negligent because they failed to use reasonable care in the maintenance of their premises.

30.     The Plaintiffs have incurred damages and losses.

31.     The Defendants' negligence caused the Plaintiffs' damages and losses.

### THIRD CLAIM FOR RELIEF: CONSORTIUM OF ERIKA HEIZER

32.     The allegations contained in paragraph 1 through 31 above are incorporated herein by reference as if fully set forth herein.

33. At all times pertinent to this Complaint, Erika Heizer was married to Lowell Heizer and they remain married.

34. Due to the severe nature of the injuries Lowell Heizer sustained in this accident, Erika Heizer's marital interests have been permanently damaged. She has sustained personal injury due the permanent disability of her husband, who is unable to drive, speak, eat without assistance or to manage his personal hygiene as she has become his primary caretaker.

**PLAINTIFFS DEMAND A TRIAL BY JURY ON ALL ISSUES SO TRIABLE**

**WHEREFORE**, Plaintiffs request that judgment be entered in favor of Plaintiffs and against Defendants, on all three Claims for Relief, in an amount to fairly compensate them for the damages and losses as set forth above, court costs, fees, expert witness fees, statutory interest from the date this cause of action accrued or as otherwise permitted under Colorado law and for such other and further relief as this Court deems just and proper.

Respectfully submitted this 1st day of June, 2017.

s/*Lauren M. Getsie*
Paul E. Collins
Lauren M. Getsie
TREECE ALFREY MUSAT P.C.
633 17th Street, Suite 2200
Denver, CO 80202
Telephone: 303- 292-2700
Email: pcollins@tamlegal.com;
lgetsie@tamlegal.com
*Attorneys for Plaintiff Schneider*

s/*Michelle Prud'Homme*
Michelle Prud'Homme
DICKINSON PRUD'HOMME HOLWAY HOFFMAN LLP
730 17th Street, Suite 730
Denver, CO  80202-3504
Telephone:  303-571-4428
mprudhomme@dphhlaw.com
*Attorneys for Plaintiff Great West Casualty Company*


s/*Michael E. McLachlan*
Michael E. McLachlan
LAW OFFICES OF MICHAEL E. MCLACHLAN, PC
813 Main Avenue, Suite 308
Durango, CO 81301
Telephone:  970-259-8236
mike@dgoattys.com
*Attorney for Plaintiffs Lowell Heizer and Erika Heizer*

PLAINTIFFS' ADDRESSES:

Lowell Heizer and Erika Heizer
11161 Shoreline Drive
El Paso TX 79936

Schneider National Carriers, Inc.
3101 S. Packerland Dr.
Green Bay, WI 54313

Great West Casualty Company
1100 West 29th Street
South Sioux City, NE 68776