IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  17-cv-00518-WYD-STV
                   17-cv-01379-WYD-STV

LOREN GIDEONS; and
ESTATE OF LOWELL HEIZER, deceased, by and through
ERICA HEIZER, personal representative;

    Plaintiffs,

v.

KENNON DECKER; and
PAM DECKER,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the parties' Stipulation to Dismiss With Prejudice (ECF No. 89), filed January 31, 2019.  After a careful review of the stipulation and the file, I find that the stipulation should be approved and this matter should be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

Accordingly, it is ORDERED that the Stipulation to Dismiss With Prejudice (ECF No. 89) is **APPROVED.**  This case is **DISMISSED WITH PREJUDICE**, each party to bear his/her/its own fees and costs.  The Clerk of the Court is directed to close this consolidated case.

Dated: February 1, 2019

        BY THE COURT:

        <u>s/ Wiley Y. Daniel</u>
        Wiley Y. Daniel,
        Senior United States District Judge